UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAY PINEDA, | ) | 3:06-CV-0424-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 12, 2008 |
| | ) | |
| NEVADA DEPARTMENT OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 3, 2008, plaintiff's amended complaint (#22) was screened and the court ordered that plaintiff may proceed as to counts I, II, and III (#32).  The Office of the Attorney General was ordered to advise the court within twenty days whether service of process for the named defendants will be accepted.  *Id.*  Thereafter, an answer or other response will be filed within forty-five days.  *Id.*  Therefore,

**IT IS ORDERED** that plaintiff's motion for payment of costs of personal service (#24), motion to have defendants pay for summons (amend) [sic] (#28), and motion requesting assistance (#31) are **DENIED** without prejudice.  The Office of the Attorney General has to and including June 24, 2008 to advise the court whether it can accept service of process for the named defendants.  If the Office of the Attorney General cannot accept service for any named defendant, plaintiff will need to file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

**IT IS FURTHER ORDERED** that plaintiff's motion to compel answers to interrogatories and admissions and production of documents (#29) is **DENIED**. A scheduling order will be issued in this case after an answer has been filed by defendants. Plaintiff may not commence discovery until a scheduling order has been issued.

**IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                      By:_____/s/_____
                                Deputy Clerk