UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RAY PINEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cv-00424-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| NDOC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (#96[1]) entered on July 17, 2009, recommending granting Defendants' Motion for Summary Judgment (#75) filed on April 17, 2009, denying Plaintiff's Motion for Summary Judgment (#73) filed on April 10, 2009, and denying Plaintiff's Motion to Strike filed May 14, 2009 (#90). Plaintiff filed his Objection to Report and Recommendation by U.S. Magistrate Judge (#99) on August 6, 2009, and Defendants filed their Points and Authorities in Support of Magistrate's Report and Recommendation (#96) on August 12, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

---

[1] Refers to court's docket number.

pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#96) entered on July 17, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#96) entered on July 17, 2009, is adopted and accepted, and Defendant's Motion for Summary Judgment (#75) is GRANTED, Plaintiff's Motion for Summary Judgment (#73) is DENIED and Plaintiff's Motion to Strike (#90) is DENIED.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 10th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE