AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RAY PINEDA

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-CV-00424-LRH-VPC**

NDOC, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#96) is adopted and accepted, and Defendant's Motion for Summary Judgment (#75) is GRANTED. Plaintiff's Motion for Summary Judgment (#73) is DENIED and Plaintiff's Motion to Strike (#90) is DENIED.

   September 11, 2009                                 **LANCE S. WILSON**
                                                                              Clerk

                                                                             /s/ D. R. Morgan
                                                                             Deputy Clerk