UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAY PINEDA, | ) | 3:06-CV-0424-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 16, 2010 |
| | ) | |
| NEVADA DEPARTMENT OF PRISONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Pursuant to Ninth Circuit Rule 30-3, plaintiff's written requests for copies of documents to comprise the excerpts of record (#113 & #115) are **GRANTED**. The Clerk shall **COPY** and **SEND** to plaintiff the following documents:  #s 35, 96, 99, 101, 102, 104, and 107.

   Plaintiff has also requested a copy of the confidential mediation statement that plaintiff mailed to the Magistrate Judge.  As stated in the order scheduling early mediation (#35), "the purpose of the mediation statement is to assist the court in preparing for and conducting the mediation conference." "Following the conference, the mediation statements will be destroyed." *Id.*  Therefore, plaintiff's request for a copy of the confidential mediation statement is **DENIED** as the court destroyed the document at the conclusion of the mediation.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                By:         /s/
                                                                Deputy Clerk